UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REBECCA GIALLELLA,

   Plaintiff,                                        Case No. 24-24557-CIV ALTONAGA/Reid

v.

UNITED PROPERTY
MANAGEMENT, INC., ET. AL.,

   Defendant.

_____

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Steven R. Jaffee on May 21, 2025, at 1:00 pm at via Zoom.

ENTERED this ___ day of _____, 20 ___.

                                                     _____
                                                     U.S. District Judge

Copies furnished:
All counsel of record